# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Joseph Michael Devon Engel 1069055
(full name) (Register No).
Sovereign Citizen Missouri

Plaintiff(s).

v.

T-mobile
(Full name)

Defendant(s).

Case No. _____

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
X Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): MECC

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Joseph Michael Devon Engel Register No. 1069055
Address 18701 Old Hwy 66
Pacific, MO 63069

B. Defendant T-mobile

Is employed as T-mobile

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No X

IV. Do you request a jury trial? Yes X No ___

V. Do you request money damages? Yes X No ___

State the amount claimed? $ 10 million / 2 million (**actual** / punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes X No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes ___ No X

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No X

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

N/A

D. If you have not filed a grievance, state the reasons.

N/A

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes X No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes X No ___

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Engel v ATT
      (Plaintiff)    (Defendant)
(2) Date filed: Not Sure

2

(3) Court where filed: _Eastern District_

(4) Case Number and citation: _Not Sure_

(5) Basic claim made: _ID Theft Fraud_

(6) Date of disposition: _Not Sure_

(7) Disposition: _Pending_
    (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
    (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

_This is in Regards to T-mobile allowing people to set up accounts in my name, running my credit._

B. State briefly your legal theory or cite appropriate authority:
_Civil Rights, Physical Health, Mental Health, PTSD, ID Theft,_

3

Case 4:21-cv-00510-FJG   Document 1   Filed 07/19/21   Page 3 of 5

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
$12 million Dollars

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes___ No_X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

N/A

C. Have you previously had a lawyer representing you in a civil action in this court? Yes___ No_X_

If your answer is "Yes," state the name and address of the lawyer.

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __8th__ day of __July__, 2021

Joseph Michael Devon Enexl
Signature(s) of Plaintiff(s)

Joseph Michael Devon Enexl

4

Joseph Engel #1069055 4-A-18
MECC
18701 Old Hwy 66
Pacific, MO.
63069

RECEIVED
2021 JUL 19 PM 2: 16
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the contents of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

Mailed from:
Missouri Eastern
Correctional Center

Office Of The Clerk
United State District Court
Western District Of Missouri
400 East 9th St
Kansas City, MO



